

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DENNIS LEE TAYLOR, | § | No. 08-14-00212-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 380th District Court |
| | § | |
| BETH DE GROOT TAYLOR, | | of Collin County, Texas |
| | § | |
| Appellee. | | (TC# 380-56130-2012) |
| | § | |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court to determine whether it should be dismissed for want of prosecution. Finding that the clerk's record has not been filed due to the fault of the Appellant, Dennis Lee Taylor, we dismiss the appeal for want of prosecution.

Rule 37.3(b) authorizes an appellate court to dismiss an appeal if the clerk's record has not been filed due to the fault of the Appellant. TEX.R.APP.P. 37.3(b). In accordance with Rule 37.3(b), the Court notified Appellant that the clerk's record had not been filed and we gave Appellant a reasonable opportunity to cure. *See id.* The letter further advised Appellant of the Court's intent to dismiss the appeal for want of prosecution absent a response within ten days. Appellant has not responded to our notice and the clerk's record has not been filed. Accordingly,

we dismiss the appeal for want of prosecution.  *See* TEX.R.APP.P. 37.3(b), 42.3(b).


August 26, 2014

                                                    YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.